No. 91–1420. GROWE, SECRETARY OF STATE OF MINNESOTA, ET AL. v. EMISON ET AL. Appeal from D. C. Minn. Motion to expedite consideration of jurisdictional statement granted. Ap-

pellees' response to the jurisdictional statement is to be filed with the Clerk of this Court and served upon counsel for appellants on or before 1 p.m., Monday, March 23, 1992.